UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CASTRO, individually, and on behalf of all others similarly situated,<br><br>                                      Plaintiff,<br>v.<br><br>PLENUMS PLUS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>                                    Defendants. | Case No.: 3:25-cv-02621-CAB-SBC<br><br>**ORDER GRANTING JOINT MOTION TO ARBITRATE PLAINTIFF'S INDIVIDUAL CLAIMS AND DISMISS PLAINTIFF'S CLASS CLAIMS PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>[Doc. No. 6] |

      The Parties filed a Joint Motion to Arbitrate Plaintiff's Individual Claims and Dismiss Plaintiff's Class Claims Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure. [Doc. No. 6].

      Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111

F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here, litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion. *See* CivLR 7.2.

Having considered the Parties' submission, the Court **GRANTS** the joint motion in part. The Court **ORDERS** as follows:

1. Plaintiff's class claims are dismissed without prejudice;
2. Plaintiff's individual claims are dismissed without prejudice;
3. All Court related dates and proceedings are vacated;
4. The Court will retain jurisdiction over this matter to enforce any resulting arbitration award; and
5. All Parties to bear their own fees and costs associated with dismissal of Plaintiff's complaint.

It is **SO ORDERED**.

Dated:  October 22, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge